Charles L. Rees (State Bar No. 200682)
Attorney at Law
424 F Street, Suite D
San Diego, California 92101
Telephone: (619) 239-9300
Facsimile: (619) 702-5415

Attorney for **Hilario Cespedes-Saldivar**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HILARIO CESPEDES-SALDIVAR,<br><br>Defendant. | Criminal No. 08CR1029BTM<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY REQUESTED by the parties in this case, defendant Hilario Cespedes-Saldivar, by and through his counsel, CHARLES L. REES, and the United States Attorney's Office, by and through Assistant United States Attorney, CARLA J. BRESSLER, that the sentencing hearing in the above-entitled case, scheduled for August 8, 2008, at 10:00 a.m., be continued until September 26, 2008, at 9:30 a.m. The parties further agree that the time between August 8, 2008, until September 26, 2008, is excludable under the Speedy Trial Act.

A proposed order with respect to this joint motion is being e-mailed directly to the Court.

Dated: August 6, 2008

/s/ Carla J. Bressler
CARLA J. BRESSLER
Assistant United States Attorney

Dated: August 6, 2008

/s/ Charles L. Rees
CHARLES L. REES
Attorney for Hilario Cespedes-Saldivar