UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HILARIO CESPEDES-SALDIVAR, Defendant. | Criminal No. 08CR1029BTM<br><br>ORDER CONTINUING DATE FOR SENTENCING HEARING |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing be continued from August 8, 2008 at 10:00 a.m., to September 26, 2008 at 9:30 a.m. The Court finds that there is excludable time under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: August 6, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge